**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **QUINSHELA BROWN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 97 C 4885 |
| | ) | |
| **CHICAGO TRANSIT AUTHORITY**, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Quinshela Brown ("Brown"), the plaintiff in this long-ago-disposed-of action against the Chicago Transit Authority, has filed a self-prepared one-page Motion To Expunge ("Motion"), a copy of which is attached as Ex. 1 to this brief memorandum order. Quite apart from the fact that no basis for and no reason for "expunging" that action has been advanced by Brown, the time for any such relief has long since expired. Brown's Motion is denied.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 4, 2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Quinshela Brown
Plaintiff

v.

Chicago Transit Authority
Defendant

Case Number: 1:97-Cv-04885

Judge: Milton I Shadur

Magistrate Judge:

Motion to Expunge

I Am Requesting that this case be expunge Remove From the Court System.

*[signature]* Brown
9/30/2016
P.O. Box 7109
Chicago IL 60680

FILED
SEP 30 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Ex. 1